**EXHIBIT A**

IN THE IOWA DISTRICT COURT FOR POLK COUNTY

| SHAWN NEFF,<br>  Plaintiff, | Law No. |
|---|---|
| vs.<br><br>MICROSOFT CORPORATION,<br>Defendant. | PETITION AT LAW AND JURY DEMAND |

COMES NOW the Plaintiff, Shawn Neff, by and through the undersigned counsel, and in support of his cause of action against the Defendant Microsoft Corporation states as follows:

## JURISDICTIONAL ALLEGATIONS

1. That Plaintiff, Shawn Neff ("Plaintiff"), was at all material times hereto a resident of West Des Moines, Polk County, Iowa.

2. Defendant Microsoft Corporation ("Defendant Microsoft") is incorporated in Washington state, does business in West Des Moines, Polk County, Iowa, and owns a commercial property located at 5855 SW Kerry Street, West Des Moines, IA 50061.

3. That Plaintiff's personal injuries giving rise to this action and the claims alleged herein occurred in Polk County, Iowa.

4. That the amount of damages in controversy sustained by the Plaintiffs, exclusive of interest and court costs, exceeds the jurisdictional amount for small claims set forth in Iowa Code Chapter 631, and jurisdiction is proper in the Iowa District Court pursuant to Iowa Code §602.6101.

5. Venue is proper in the Iowa District Court for Polk County pursuant to Iowa Code §616.18.

## STATEMENT OF THE FACTS

6. That Plaintiff repeats and re-alleges each and every material allegation set forth in paragraphs 1 through 5 of the Jurisdictional Allegations and incorporates the same herein by this reference.

7. That on January 21, 2021, Plaintiff was employed by IES Holdings, Inc. ("IES"), and was at stationed Defendant Microsoft's building located at 5855 SW Kerry Street, West Des Moines, IA 50061.

8. That on or about January 21, 2021, Plaintiff was working for IES at the Microsoft facility located at 5855 SW Kerry Street, West Des Moines, IA 50061; more specifically, Plaintiff and other IES and/or Microsoft personnel were unloading servers from the back of a semi-trailer at a loading dock and then loading the servers' packing materials/cardboard into a box truck that was parked at a separate loading dock.

9. That the loading dock where the box truck was parked was broken or defective, and there was therefore a large gap between the edge of the loading dock and the back of the box truck.

10. That Microsoft did not provide instruction or training to Plaintiff on how to safely unload the servers and load the cardboard/packing materials into the box truck without exposing himself to injury.

11. That as Plaintiff was loading packing materials/cardboard into the box truck, he fell down into the gap between the edge of the loading dock and the back of the box truck.

12. That Plaintiff suffered serious personal injury as a direct result of his fall between the loading dock and the box truck.

13. More specifically, Plaintiff sustained severe and debilitating physical and mental injuries resulting in long lasting or permanent loss of function, and pain and suffering, or both.

In addition, Plaintiff has sustained emotional trauma that continues to this day and will continue into the future. These injuries have affected and continue to affect him in many aspects of his life.

## COUNT I - NEGLIGENCE

COMES NOW Plaintiff and in support of his cause of action against Defendant Microsoft states as follows:

14. That Plaintiff repeats and re-alleges each and every material allegation set forth in paragraphs 1 through 5 of the Jurisdictional Allegations and paragraphs 6 through 13 of the Statement of Facts and incorporates the same herein by this reference.

15. At all relevant times, Defendant Microsoft had a duty to exercise reasonable care for the Plaintiff and others that were assisting in the unloading of servers from the semi-trailer and the loading of cardboard/packing materials into the box truck at or near the loading docks.

16. That on or about January 21, 2021, at the time and place set forth in this Petition at Law, Defendant Microsoft by its agents, servants and employees, was negligent, careless, and/or reckless in one or more of the following particulars:

    a. In failing to provide appropriate tools and equipment to ensure Plaintiff's safety while unloading equipment/computer servers from the semi-trailer and loading cardboard/packing materials into the box truck;

    b. In failing to train and instruct personnel in the unloading of equipment/computer servers and the loading of cardboard/packing materials;

    c. In failing to provide sufficient personnel adequately trained in unloading equipment/computer servers from a semi-trailer onto a loading dock and loading cardboard/packing materials from a loading dock into a box truck;

    d. In failing to properly and adequately supervise Plaintiff;

E-FILED  2022 AUG 16 9:37 AM POLK - CLERK OF DISTRICT COURT

    e.    In failing to properly develop and/or implement worksite safety measures that would have prevented and/or reduced the risk of the injuries of the kind suffered by Plaintiff;

    f.    In failing to exercise the degree of care required of companies in a similar situation as Defendant Microsoft on or about January 21, 2021;

    g.    In failing to adequately supervise the work being done on the aforesaid truck, semi-trailer, and loading dock;

    h.    In failing to identify dangerous conditions then and there existing – including but not limited to a broken or defective loading dock – when Defendant Microsoft knew, or in the exercise of ordinary care should have identified the conditions;

    i.    In failing to warn the Plaintiff of dangerous conditions then and there existing – including but not limited to a broken or defective loading dock – when Defendant Microsoft knew, or in the exercise of ordinary care should have known that said warning was necessary to prevent injury to the Plaintiff;

    j.    In failing to remedy the dangerous conditions then and there existing – including but not limited to a broken or defective loading dock – when the Defendant Microsoft knew, or in the exercise of ordinary care should have known that said remedy was necessary to prevent injury to the Plaintiff;

17.    That the negligence of Defendant Microsoft was a cause of the resulting accident and of injuries and damages to the person of Plaintiff.

18.    That, more specifically, as a direct and proximate result of the aforesaid negligence of Defendant Microsoft, Plaintiff makes claim for any or all of the following elements of damage and loss:

    a.    Past medical expenses;

    b.    Future medical expenses;

    c.    Past physical pain and mental anguish and suffering, including loss of enjoyment of life;

    d.    Future physical pain and mental anguish and suffering, including loss of enjoyment of life;

E-FILED  2022 AUG 16 9:37 AM POLK - CLERK OF DISTRICT COURT

  e. Past loss of function of the body;

  f. Future loss of the function of the body;

  g. Past loss of earnings;

  h. Future loss of earning capacity;

  i. Any other/additional element of damage or loss recoverable under Iowa law not specifically set forth herein.

19. That, in addition, Plaintiff has suffered and continues to suffer emotional injury as a result of the physical trauma he has suffered.

WHEREFORE, Plaintiff does hereby make claim against Defendant Microsoft in an amount which will fully and fairly compensate Plaintiff for his injuries and losses, together with interest thereon at the maximum legal rate plus the costs of this action.

### JURY DEMAND

COMES NOW, the Plaintiff, Shawn Neff, and hereby demands a trial by jury with regard to the above-captioned matter.

LAW OFFICE OF JOHN T. HEMMINGER

*/s/*

Samuel J. Aden AT0012226
2454 S.W. 9th Street
Des Moines, IA  50315
E-mail – samaden@hemmingerlaw.com
ATTORNEY FOR PLAINTIFF

Original filed.

| PROOF OF SERVICE |
|---|
| The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on _____, 2022. |
| By: |
| U. S. Mail: _____ |
| Fax: _____ |
| Hand Delivered _____ |
| Overnight Courier _____ |
| Certified Mail _____ |
| E-filed _____ |
| By:_____ |

E-FILED 2022 AUG 16 9:37 AM POLK - CLERK OF DISTRICT COURT

IN THE IOWA DISTRICT COURT FOR POLK COUNTY

| | |
|---|---|
| SHAWN NEFF, | )<br>) LAW NO. |
| Plaintiff, | ) |
| vs. | ) |
| MICROSOFT CORPORATION, | ) ORIGINAL NOTICE |
| Defendants. | ) |

TO THE ABOVE-NAMED DEFENDANT(S):

YOU ARE HEREBY NOTIFIED that a Petition has been filed in the office of the Clerk of this court naming you as the defendant(s) in this action. A copy of the Petition (and any documents filed with it) is attached to this notice. The attorney for the plaintiff(s) are Samuel J. Aden whose address is the Law Offices of John T. Hemminger, 2454 S.W. 9th Street, Des Moines, IA 50315. That attorney's telephone number is (515) 283-2116; facsimile number is (515) 244-6206 and e-mail addresses for service of pleadings are samaden@hemmingerlaw.com.

You must serve a motion or answer within twenty (20) days after service of this original notice upon you and, within a reasonable time thereafter, file your motion or answer with the Clerk of the Iowa District Court for Polk County, at the Polk County Courthouse in Des Moines, Iowa. If you do not, judgment by default may be rendered against you for the relief demanded in the Petition.

This case was filed in a County which utilizes e-filing pursuant to the Chapter 16 Rules. The general rules and information on electronic filing, including the Division VI requirements regarding protection of personal information in Court Filings, can currently be viewed at http://www.iowacourts.gov/Online_Court_Services/EDMS/

If you need assistance to participate in court due to a disability, contact the disability coordinator at: (515)286-3394. Persons who are hearing or speech impaired may call Relay Iowa TTY (1-800-735-2942). Disability coordinators cannot provide legal advice.

(SEAL)

_____
CLERK OF COURT
Polk County Courthouse
Des Moines, Iowa 50319

*IMPORTANT*
YOU ARE ADVISED TO SEEK LEGAL ADVICE AT ONCE TO PROTECT YOUR INTERESTS.

E-FILED 2022 AUG 16 10:24 AM POLK - CLERK OF DISTRICT COURT

# Iowa Judicial Branch

| | |
|---|---|
| Case No. | LACL153698 |
| County | Polk |

Case Title   SHAWN NEFF VS MICROSOFT CORPORATION

You must file your Appearance and Answer on the Iowa Judicial Branch eFile System, unless the attached Petition and Original Notice contains a hearing date for your appearance, or unless the court has excused you from filing electronically (*see* Iowa Court Rule 16.302).

Register for the eFile System at www.iowacourts.state.ia.us/Efile to file and view documents in your case and to receive notices from the court.

For general rules and information on electronic filing, refer to the Iowa Rules of Electronic Procedure in chapter 16 of the Iowa Court Rules at www.legis.iowa.gov/docs/ACO/CourtRulesChapter/16.pdf.

Court filings are public documents and may contain personal information that should always be kept confidential. For the rules on protecting personal information, refer to Division VI of chapter 16 of the Iowa Court Rules and to the Iowa Judicial Branch website at www.iowacourts.gov/for-the-public/representing-yourself/protect-personal-information/.

Scheduled Hearing:



If you need assistance to participate in court due to a disability, call the disability access coordinator at **(515) 286-3394**. Persons who are hearing or speech impaired may call Relay Iowa TTY (1-800-735-2942). For more information, see www.iowacourts.gov/for-the-public/ada/. Disability access coordinators cannot provide legal advice.

Date Issued  08/16/2022 10:24:58 AM



District Clerk of Court or/by Clerk's Designee of Polk        County
/s/ Jennifer Ewers